IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| HOUSING AND ECONOMIC DEVELOPMENT FINANCIAL CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 09-0288-CV-W-GAF ) |
| LENA D. JONES, | ) ) |
| Defendant. | ) |

### ORDER

Now before the Court is Defendant's Notice of Bankruptcy Case Filing. Accordingly, it is

ORDERED that the above referenced case is stayed pending resolution of the bankruptcy case. Defendant is directed to file a status report sixty (60) days from the date of this Order and every sixty (60) days thereafter.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: June 19, 2009