IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| HOUSING AND ECONOMIC DEVELOPMENT FINANCIAL CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| LENA D. JONES, | ) ) ) |
| Defendant. | ) |

Case No. 09-0288-CV-W-GAF

## ORDER OF DISMISSAL

Now before the Court is the parties' Joint Stipulation of Dismissal. Accordingly, it is

ORDERED that the above referenced case is dismissed with prejudice. Each party is to bear its own costs and fees.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: October 20, 2009